## Tony Allen WALKER, Petitioner–Appellant,

v.

## Rick JACKSON, Superintendent, Respondent–Appellee.

No. 02–7631.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Tony Allen Walker, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Tony Allen Walker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Walker has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct.

1029, 1039–40, 154 L.Ed.2d 931 (2003). In addition, because extraordinary circumstances are not present in this case, we decline to consider claims raised for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*